IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01467-KMT

Kalond Stoker,

      Plaintiff,

v.

TT OF WOODMEN, INC., a Colorado corporation
d/b/a WOODMEN NISSAN,

      Defendant.

---

## JOINT STATUS REPORT

---

Pursuant to this Court's Order (ECF 11), the Parties provide the following status report regarding the arbitration proceedings.

The Parties have submitted Plaintiff's claims to arbitration with the Hon. John Madden, IV (Ret.) at JAMS. The arbitrator held a preliminary status conference with the parties on January 18, 2022. The arbitration hearing is scheduled for November 14-17, 2022.

Respectfully submitted this 18th day of January, 2022.


s/Ian D. Kalmanowitz | s/Colin A. Walker
--- | ---
Ian D. Kalmanowitz, # 32379 | Colin A. Walker
Cornish & Dell'Olio, P.C. | Fairfield and Woods, P.C.
431 N. Cascade Avenue, Ste. 1 | 1801 California Street, Suite 2600
Colorado Springs, CO 80903 | Denver, Colorado 80202-2645
Telephone: (719) 475-1204 | Telephone: (303) 830-2400
Fax: (719) 475-1264 | Email: cwalker@fwlaw.com
Email: ikalmanowitz@cornishanddellolio.com | Attorneys for Defendant
Attorneys for Plaintiff |